UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOPEZ, <br><br> Plaintiffs, <br><br> v. <br><br> ILLIG INVESTMENT COMPANY, LLC, a California Limited Liability Company; SEVEN FORTY FOUR COMPANY, INC., a Nevada Corporation; and Does 1-10, <br><br> Defendants. | Case: CV 15-1363-DMG (Ex) <br><br> **ORDER RE DISMISSAL [17]** |

    This action is hereby ordered dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: April 24, 2015   _____
                                  DOLLY M. GEE
                                  UNITED STATES DISTRICT JUDGE